12B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

**Request and Order for Modifying Conditions of Supervision**
**With Consent of the Offender**
*(Waiver of hearing attached)*

Name of Offender:  **Wanda Eileen Barzee**                    Docket Number:  **2:08CR00125-002**

Name of Sentencing Judicial Officer:        **Honorable Dale A. Kimball**
                                            **Senior U.S. District Judge**

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

Date of Original Sentence:  **May 21, 2010**

SEP 19 2018

Original Offense:    **Kidnapping; Unlawful Transportation of a Minor**      D. MARK JONES, CLERK

Original Sentence:   **180 Months Bureau of Prison/ 60 Months Supervised Release**

BY———————————————
DEPUTY CLERK

Type of Supervision:  **Supervised Release**                 Supervision Began:  **September 19, 2018**

### PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

1. The defendant shall not have any contact (direct or indirect) with the victim of her offense or any family member of the victim.

2. Emergency Housing Condition: You must reside in an emergency housing facility designated by the probation officer until the probation officer approves an alternative residence.

3. You must participate in the following location monitoring program condition(s) and abide by its requirements as per the probation officer:
   - Curfew.  You are restricted to your residence every day from <u>9:00 p.m. to 6:00 a.m.</u> or as directed by the probation officer.
   - Exclusion Zone.  You are restricted from the following area(s) which will be determined by the probation officer.

4. The Court orders that the presentence report may be released to the state sex-offender registration agency if required for purposes of sex-offender registration.

---

### CAUSE

United States Probation respectfully recommends that additional conditions be added to the defendant's supervised release.  United States Probation feels that the conditions are necessary, to increase community safety and provide transitional services to the defendant that will increase her chances for long term success.

I declare under penalty of perjury that the foregoing is true and correct.

by Meriska Holt
U.S. Probation Officer
September 18, 2018

PROB 12B
D/UT 12/17

Wanda Eileen Barzee
2:08CR00125-002

## THE COURT ORDERS:

☒ The modification of conditions as noted above
☐ No action
☐ Other

_Dale A. Kimball_

Honorable Dale A. Kimball
Senior United States District Judge

Date: ___9/19/2018___

Wanda Eileen Barzee
2:08CR00125-002

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## PROBATION AND PRETRIAL SERVICES OFFICE

### WAIVER OF RIGHT TO HEARING PRIOR TO
### MODIFICATION OF CONDITIONS OF SUPERVISION

I have been advised by U.S. Probation Officer Meriska Holt that she has submitted a petition and report to the Court recommending that the Court modify the conditions of my supervision in Case No. 2:08CR00125-002. The modification would be:

1.  You must not have any contact (direct or indirect) with the victim of her offense or any family member of the victim.

2.  Emergency Housing Condition: You must reside in an emergency housing facility designated by the probation officer until the probation officer approves an alternative residence.

3.  You must participate in the following location monitoring program condition and abide by its requirements as per the probation officer:
    *   Curfew.  You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m. or as directed by the probation officer.
    *   Exclusion Zone.  You are restricted from the following area(s) which will be determined by the probation officer.

4.  The Court orders that the presentence report may be released to the state sex-offender registration agency if required for purposes of sex-offender registration.

I understand that should the Court so modify my conditions of supervision, I will be required to abide by the new condition(s) as well as all conditions previously imposed.  I also understand the Court may issue a warrant and revoke supervision for a violation of the new condition(s) as well as those conditions previously imposed by the Court.  I understand I have a right to a hearing on the petition and to prior notice of the date and time of the hearing.  I understand that I have a right to the assistance of counsel at that hearing.

Understanding all of the above, I hereby waive the right to a hearing on the probation officer's petition, and to prior notice of such hearing.  I have read or had read to me the above, and I fully understand it.  I give full consent to the Court considering and acting upon the probation officer's petition to modify the conditions of my supervision without a hearing.  I hereby affirmatively state that I do not request a hearing on said petition.

*Wanda Eileen Barzee*
Wanda Eileen Barzee
Date:  September 19, 2018

Witness:    Meriska Holt
            U.S. Probation Officer